UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X          08 CV 2525 (DC)

JEROME ALLEN,

                                                       NOTICE OF APPEARANCE
                             Plaintiff,

        -against-


THE CITY OF NEW YORK, DET. ANGEL MELENDEZ,
shield 06311, of the FSD, and "JOHN DOEs ONE through
TWENTY," police officers of the CITY of NEW YORK, the
identity and number of whom is presently unknown to
plaintiff, persons intended being the police officers and/or
supervisors who participated in the arrest, detention and
prosecution of plaintiff,

                                 Defendants.

------------------------------------------------------------------X

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

        Enter my appearance as counsel in this case for defendant CITY OF NEW YORK. I certify that I am admitted to practice in this court.

Dated: New York, New York
       March 24, 2008

                                          MICHAEL A. CARDOZO
                                          Corporation Counsel
                                              of the City of New York
                                          Attorney for Defendant
                                          CITY OF NEW YORK
                                          100 Church Street, Room 3-162
                                          New York, New York 10007
                                          (212) 788-9391
                                          bmyrvold@law.nyc.gov

                                       By: _____
                                           Barry Myrvold

To:    Michael Scolnick          By ECF
        Michael R. Scolnick, P.C.
        *Attorney for Plaintiff*