UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
JEROME ALLEN,
                Plaintiff,

                                               08 CIV. 2525 (DLC)
      -v-

                                               PRETRIAL
THE CITY OF NEW YORK; DET. ANGEL    SCHEDULING ORDER
MELENDEZ, shield 06311, of the FSD; and
"JOHN DOEs one through twenty," police
officers of the CITY of NEW YORK, the
identity and number of whom is
presently unknown to plaintiff, persons
intended being the police officers
and/or supervisors who participated in
the arrest, detention and prosecution
of plaintiff,

                Defendants.
------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-24-08

DENISE COTE, District Judge:

     As set forth at the pretrial conference held pursuant to Rule 16, Fed.R.Civ.P., on June 20, 2008, the following schedule shall govern the further conduct of pretrial proceedings in this case:

1.   The parties shall comply with their Rule 26(a)(1), Fed.R.Civ.P., initial disclosure obligations by **June 27, 2008**.

2.   Plaintiff shall provide his medical release forms to the defendants by **June 27, 2008**.

3.   The parties are instructed to contact the chambers of Magistrate Judge Freeman prior to **August 1, 2008** in order to pursue settlement discussions under her supervision.

4.   All discovery must be completed by **December 19, 2008**.

5.   The following motion will be served by the dates indicated below.

    Any motion for summary judgment

    -  Motion served by **January 30, 2009**
    -  Opposition served by **February 20, 2009**
    -  Reply served by **February 27, 2009**

      At the time any Reply is served the moving party shall supply two courtesy copies of all motion papers to Chambers by delivering them to the Courthouse Mailroom, 8th Floor, United States Courthouse, 500 Pearl Street, New York, New York.

6.   In the event no motion is filed, the Joint Pretrial Order must be filed by **January 30, 2009**.

      As described in greater detail in this Court's Individual Practices in Civil Cases, the following documents must be filed with the Pretrial Order: Voir Dire, Requests to Charge and a Memorandum of Law addressing all questions of law expected to arise at trial. Any responsive papers are due one week thereafter. Counsel will provide the Court with two (2) courtesy copies of all pretrial documents at the time of filing.

Dated:   New York, New York
           June 23, 2008

                                _____
                                       DENISE COTE
                            United States District Judge