UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

JEROME ALLEN,

               Plaintiff,

-v-

THE CITY OF NEW YORK; DET. ANGEL MELENDEZ, shield 06311, of the FSD; and "JOHN DOEs one through twenty," police officers of the CITY of NEW YORK, the identity and number of whom is presently unknown to plaintiff, persons intended being the police officers and/or supervisors who participated in the arrest, detention and prosecution of plaintiff,

               Defendants.

------------------------------------------------------------X

08 CIV. 2525 (DLC) (DF)*

ORDER OF
REFERENCE TO A
MAGISTRATE JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/24/08

DENISE COTE, District Judge:

    The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | | | |
|---|---|---|---|
| ___ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ | Consent under 28 U.S.C. Section 636(c) for all purposes (including trial) |
| ___ | Specific Non-Dispositive Motion/Dispute* _____ _____ | ___ | Consent under 28 U.S.C. Section 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction Purpose: _____ |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | ___ | Habeas Corpus |
| X | Settlement* | ___ | Social Security |
| ___ | Inquest After Default/Damages Hearing | ___ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) Particular Motion: _____ _____ |

\*   Do not check if already referred for general pretrial.

**SO ORDERED**:

DATED:   New York, New York
               June 23, 2008

_____
DENISE COTE
United States District Judge